UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal Case No. 06-33(FSH) |
| v. | : | ORDER |
| MICHAEL MELVIN, | : | June 22, 2009 |
| Defendant. | : | |

**HOCHBERG, District Judge**

It is on this 22nd day of June, 2009,

ORDERED that the parties shall have 14 days from the date of this Order to respond to probation with respect to any objections either side might have to the revised presentence report dated June 17, 2009; and it is further

ORDERED that the parties shall have 30 days from the date of this Order to file with this Court any supplemental memoranda each side might have with respect to the revised presentence report.

s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**